| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Ana Giron, et al., §
§
      Plaintiffs, §
§
versus §      Civil Action H-13-827
§
Julio C. Castillo, §
§
      Defendant. §

## Hearing on Restraint

1. Julio C. Castillo must appear and explain why he should not be restrained from harassing Ana Giron and interfering with this court's judgment:

   September 13, 2011,
   at 2:00 p.m.
   Courtroom 11-C, Eleventh Floor
   United States Court House
   515 Rusk Avenue
   Houston, Texas 77002

2. Failure to appear may result in incarceration not to exceed 179 days.

Signed on September 12, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge