# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Sheridan  ☑ Coleman  ☐ |
| DATE | September 13, 2013 |
| TIME | 2:05 p.m. — 2:50 p.m. |
| CIVIL ACTION | H — 13 — 827 |
| STYLE | Ana Giron, et al. versus Julio C. Castillo |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  ____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Malone)

Josef F. Buenker _____ for  ☑ Ptf. # ____  ☐ Deft. # ____
_____ for  ☐ Ptf. # ____  ☐ Deft. # ____
Julio Castillo _____ for  ☐ Ptf. # ____  ☑ Deft. # ____
(Pro Se) _____ for  ☐ Ptf. # ____  ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☑ Argument heard on:  ☐ all pending motions;  ☑ these topics:
Giron's motion for a preliminary injunction.

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings orally rendered on: _____