| United States District Court | Southern District of Texas |
|---|---|

Ana Giron and Martha Rocha, §
§
    Plaintiffs, §
§
versus §    Civil Action H-13-827
§
Julio C. Castillo, §
§
    Defendant. §

## Preliminary Injunction

On the application by Ana Giron, the court finds:

1. On March 22, 2013, Giron filed a complaint against Julio Cesar Castillo. He did not respond to the complaint. On June 17, 2013, a default judgment was entered again Castillo.

2. On September 11, 2013, Castillo called Giron. He demanded she release the judgment against him. He threatened to fire her brother-in-law if she did not.

3. Castillo called Giron again and told her he hired five men to follow Giron and her husband, Juan Antonio Giron Galea. He said the men would hurt Giron and her husband.

4. Castillo went to Giron's workplace twice on September 11, 2013. Giron hid in an office the first visit. On the second visit, Giron was helping customers, and he harassed her in front of them.

## Restraint

6. Julio Cesar Castillo must not:
   A. Speak to Giron – by telephone, e-mail, in person, or otherwise.
   B. Go to or near where she works:
      (1) South United Insurance, 6006 Bellaire Boulevard, Suite 106, Houston, Texas 77081.
      (2) Cosmos Company, 11353 Dover Street, Houston, Texas 77031.
   C. Go to or near where she lives – 8520 Pitner Road, Apartment 2412, Houston, Texas 77080.
   D. Contract her friends and family members.
   E. Go to places that she frequents:
      (1) Paparruchos, Incorporated, 3055 Sage Road, Houston, Texas 77056.
      (2) Los Cucos, 5851 Westheimer Road, Houston, Texas 77057.
      (3) Lam Bo Chinese Buffet, 6159 Westheimer Road, Houston, Texas 77057.
   F. Follow her.

7. When this order says Castillo, it also covers his company, employees, friends, attorneys, and others acting on his behalf.

8. When this order says Giron, it also covers her family members, friends, employer, and others acting on her behalf.

9. This compulsion beings on September 13, 2013, and continues until December 9, 2013, at 5:00 p.m.

10. The court did not require a bond for this injunction.

11. By October 4, 2013, Castillo must give Giron and the court:
    A.  All of his telephone records – cellular, landline, business, or otherwise – from January 1, 2013.
    B.  All of his credit card records – personal, business, or otherwise – from January 1, 2013.

Signed on September 13, 2013, at 3:30 p.m., Houston, Texas.

Lynn N. Hughes
United States District Judge